IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

APPROXIMATELY $10,128,847.42 SEIZED FROM
US BANK ACCOUNT NO. -5234 HELD IN THE
NAME OF PUEBLO OF POJOAQUE GAMING FUNDS,

    *Defendant-in-rem.*

Civ. No. 1:18-cv-279

## NOTICE OF RELATED CASES

Plaintiff, United States, notifies the Court of the following related cases:

1. *Pueblo of Pojoaque v. State of New Mexico,* Civil No. 1:13-cv-01186-JAP-KBM.

2. *State of New Mexico v. United States Department of the Interior,* Civil No. 1:14-cv-00695-JAP-SCY.

    Respectfully Submitted,

    JOHN C. ANDERSON
    United States Attorney

    */s/ signed*

    JONATHON M. GERSON
    STEPHEN R. KOTZ
    Assistant U.S. Attorneys
    P.O. Box 607
    Albuquerque, NM 87103
    (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ signed*

JONATHON M. GERSON
STEPHEN R. KOTZ
Assistant U.S. Attorneys